1

2

3

4

5

6

7                        **UNITED STATES DISTRICT COURT**

8                          EASTERN DISTRICT OF CALIFORNIA

MARIANNE ORTIZ,                    )    1:08cv01431 DLB
9                                  )
                                   )
10                                 )
          Plaintiff,               )    ORDER REMANDING ACTION
11                                 )    FOR FURTHER PROCEEDINGS
      v.                           )
12                                 )
MICHAEL J. ASTRUE, Commissioner    )
13  of Social Security,            )
                                   )
14                                 )
                                   )
15        Defendant.               )
                                   )
16  _____)

17        On April 5, 2011, the Ninth Circuit Court of Appeals granted Plaintiff's appeal and

18  instructed this Court to remand the action to the Commissioner to permit the ALJ to continue the

19  sequential analysis.  The Ninth Circuit issued its formal mandate on May 31, 2011.

20        Accordingly, this action is REMANDED to the Commissioner for further proceedings

21  consistent with the Ninth Circuit's decision.  The Clerk of Court is DIRECTED to close this

22  action.

23        IT IS SO ORDERED.

24     **Dated:    June 1, 2011**           _____/s/ **Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                        1